THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-01664-RPM

AMARDEEP GILL and
TERESA GILL,

     Plaintiffs,

v.

ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY,

     Defendant.

---

ORDER OF DISMISSAL

---

     Pursuant to the Stipulation of Dismissal with Prejudice, it is

     ORDERED that this action is dismissed with prejudice, each party to pay their own costs and fees.

     Dated: November 4th, 2014

                               BY THE COURT:

                               s/Richard P. Matsch
                               _____
                               Richard P. Matsch, Senior District Judge